IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
GORDON ROY PARKER, a/k/a           : CIVIL ACTION
"Ray Gordon, Creator of the        :
Pivot," d/b/a Snodgrass            :
Publishing Group                   : NO. 08-CV-829
                                   :
          vs.                      :
                                   :
PAUL TRUONG and SUSAN POLGAR       :
```

**ORDER**

AND NOW, this       8th      day of June, 2009, upon consideration of the Motion of Samuel H. Sloan to Transfer this Action Pursuant to 28 U.S.C. §1404 (a) to the Northern District of Texas (Docket No. 45), the Response in Opposition thereto of Defendants Paul Truong and Susan Polgar (Docket No. 47) and the Cross-Motion to Strike of the United States Chess Federation and William Goichberg (Docket No. 46), it is hereby ORDERED that the Motion to Transfer this matter to the United States District Court for the Northern District of Texas is DENIED and the Motion to Strike the Motion to Transfer is DENIED AS MOOT.[1]

---

[1] Since the filing of the plaintiff's Amended Complaint, Samuel H. Sloan has not been a party to this action.  We thus find that he has no standing to request that this matter be transferred to the U.S. District Court for the Northern District of Texas.  Remarkably, the United States Chess Federation and William Goichberg make this very same argument, despite the fact that *they* are no longer parties pursuant to our Memorandum and Order of December 29, 2008 dismissing all of the plaintiff's claims against them with prejudice.  For this reason, their Motion to Strike the Motion for Transfer is likewise denied.

```
                              BY THE COURT:



                              s/J. CURTIS JOYNER
                              J. CURTIS JOYNER,        J.
```