**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GORDON ROY PARKER, a/k/a "Ray Gordon, Creator of the Pivot," d/b/a Snodgrass Publishing Group | : CIVIL ACTION :  :  : NO. 08-CV-829 |
| vs. | : : |
| PAUL TRUONG and SUSAN POLGAR | : |

### ORDER

AND NOW, this    12th    day of August, 2009, upon consideration of the Motion To Dismiss Amended Complaint on Behalf of Defendants Paul Truong and Susan Polgar (Doc. No. 51) and it appearing to the Court that the Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED and the Plaintiff's Amended Complaint is DISMISSED as against the moving defendants, Truong and Polgar.  See, Local Rule of Civil Procedure 7.1(c).

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,        J.