## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
GORDON ROY PARKER, a/k/a          : CIVIL ACTION
"Ray Gordon, Creator of the       :
Pivot," d/b/a Snodgrass           :
Publishing Group                  : NO. 08-CV-829
                                  :
        vs.                       :
                                  :
PAUL TRUONG and SUSAN POLGAR      :
```

### ORDER

AND NOW, this    21st    day of September, 2009, upon consideration of Plaintiff's Motion for Reconsideration of Dismissal (Doc. No. 57) and it appearing to the Court that the Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED, and this Court's Order of August 12, 2009 is VACATED. See, Local Rule of Civil Procedure 7.1(c).

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,          J.