IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER, a/k/a "Ray Gordon, Creator of the Pivot," d/b/a Snodgrass Publishing Group | : CIVIL ACTION :  :  : NO. 08-CV-829 |
| vs. | : : |
| PAUL TRUONG and SUSAN POLGAR | : |

**ORDER**

AND NOW, this 28th day of September, 2009, upon consideration of the Motion to Dismiss Amended Complaint on Behalf of Defendants Paul Truong and Susan Polgar (Doc. No. 51), Plaintiff's Response thereto (Doc. No. 53) and Plaintiff's Third Motion to Conduct Jurisdictional Discovery (Doc. No. 52) and it appearing to the Court that Plaintiff did effectuate service upon the said defendants via publication and regular mail within the time prescribed by this Court's Order of June 8, 2009, it is hereby ORDERED that the Moving Defendants' Motion to Dismiss Amended Complaint on the basis of insufficient service of process is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Third Motion to Conduct Jurisdictional Discovery is GRANTED and Moving Defendants' Motion to Dismiss Amended Complaint on the basis that this Court lacks *in personam* jurisdiction is STAYED for a final period of forty-five (45) days of the entry date of this Order to

permit Plaintiff to take jurisdictional discovery[1] and to supplement the record in this matter with evidence supporting his contention that this Court has personal jurisdiction over the moving defendants.

                              BY THE COURT:


                              _____
                              J. CURTIS JOYNER,            J.

---

[1] Moving Defendants are hereby DIRECTED to cooperate in the taking of such discovery; failure to do so may result in a finding of contempt of court with attendant appropriate sanctions.