```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GORDON ROY PARKER, a/k/a          : CIVIL ACTION
"Ray Gordon, Creator of the       :
Pivot," d/b/a Snodgrass           :
Publishing Group                  : NO. 08-CV-829
                                  :
        vs.                       :
                                  :
PAUL TRUONG and SUSAN POLGAR      :
```

**ORDER**

AND NOW, this    16th    day of November, 2009, upon consideration of Defendants' Motion for Protective Order (Doc. No. 61) and Plaintiff's Opposition and Cross-Motions to Compel Discovery and for Change of Venue filed in response thereto (Doc. No. 63), it is hereby ORDERED that the Motion for Protective Order is GRANTED and Plaintiff's Cross-Motions for Discovery and Change of Venue are DENIED.

IT IS FURTHER ORDERED that:

1.  The defendants' response to Interrogatory Nos. 1 and 3 and Request for Production No. 5 need only state where they reside and whether they have filed an income tax return in Pennsylvania within the relevant time period designated in the Interrogatory Instructions.  Defendants need only produce copies of their federal and state income tax returns for the relevant time period with the financial information redacted such that the only information given is the location of their residences and/or business addresses.

     2. The defendants' response to Interrogatory No. 4 need only state whether they have received income from a person or entity located in Pennsylvania during the relevant time period.

     3. The defendants need not respond at all to Interrogatory No. 5 as the identity of an anonymous donor to Texas Tech University has no relevance to the issue of whether Defendants are subject to personal jurisdiction in Pennsylvania.

     4. The defendants need not respond further to Interrogatory Nos. 7 and 8 or Request for Production of Documents Nos. 3 and 4 since their contacts with the State of New York have no relevance to the issue of whether jurisdiction over them exists in Pennsylvania.

                                 BY THE COURT:

                                 s/J. Curtis Joyner
                                 J. CURTIS JOYNER,     J.